The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID D. HOBLEY, an individual; OUR WORLD ENTERPRISES, LLC, a Washington limited liability company; and DOES 1-10,<br><br>       Defendants. | NO.   3:19-cv-5078<br><br>**STIPULATED MOTION AND ORDER TO SEAL EXHIBIT B TO DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: February 21, 2019 |

## I.    STIPULATED MOTION

Plaintiff Entrepreneur Media, Inc. ("EMI") and Defendants David D. Hobley and Our World Enterprises LLC ("Defendants") (collectively, the "Parties") request that the Court seal Exhibit B to Defendants' Motion for Extension of Time to Answer the Complaint ("Exhibit B"). On February 19, 2019, Defendant David D. Hobley, acting Pro Se on behalf of Defendants, filed a Motion for Extension of Time to File an Answer to the Complaint (the "Motion") (Dkt. # 15). Included with this motion were Exhibits A and B (Dkt. Nos. 15-1 and 15-2). Exhibit B contains confidential information and confidential settlement communications between the Parties.

STIPULATED MOTION AND ORDER TO SEAL EXHIBIT B
TO DEFENDANTS' MOTION TO EXTEND TIME TO
ANSWER THE COMPLAINT - 1
No. 3:19-cv-5078

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

"There is a strong presumption of public access to the court's files and records." LCR 5(g); *see also Valley Broadcasting Co. v. U.S. Dist. Court for Dist. of Nevada*, 798 F. 2d 1289 (9th Cir. 1986). In *Valley Broadcasting*, the court stated that, "the district court must weigh the interests advanced by the parties in the light of the public interest and the duty of the courts." 798 F. 2d at 1294. Under LCR 5(g)(2)(A), a document may be sealed only "if a statute, rule, or prior court order expressly authorizes the party to file the document under seal."

Here, the Parties agree that Exhibit B is a Settlement Communication subject Federal Rule of Evidence 408 and that it should not have been included with Defendants' Motion. Therefore, in accordance with LCR 5(g) and the applicable law, the Parties respectfully request that the Court seal Exhibit B.

DATED: February 21, 2019.

SAVITT BRUCE & WILLEY LLP

By /s/ Stephen C. Willey
    Stephen C. Willey, WSBA #24499
    1425 Fourth Avenue, Suite 800
    Seattle, WA 98101
    Tel: (206) 749-0500
    Email: swilley@sbwllp.com

LATHAM & WATKINS LLP
Perry J. Viscounty (*pro hac vice* to be filed)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Email: perry.viscounty@lw.com

Jennifer L. Barry (*pro hac vice* to be filed)
Patrick C. Justman (*pro hac vice* to be filed)
Latham 12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Email: jennifer.barry@lw.com
Email: patrick.justman@lw.com

*Attorneys for Plaintiff*
*ENTREPRENEUR MEDIA, INC.*

DAVID D. HOBLEY, PRO SE

By:
David D. Hobley
11204 193rd Avenue East
Bonney Lake, WA 98391
Tel: (253) 486-9818
Email:
CustSvc@OurWorldEnterprises.com

STIPULATED MOTION AND ORDER TO SEAL EXHIBIT B
TO DEFENDANTS' MOTION TO EXTEND TIME TO
ANSWER THE COMPLAINT - 2
No. 3:19-cv-5078

## II.    ORDER

It is so **ORDERED**.

Dated: ___21 February___, 2019.

_____
The Honorable Theresa L. Fricke

Benjamin Settle

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500